JAP: AL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

DENISSE FRIAS,

                Defendant.

- - - - - - - - - - - - - - - - -X

SUPPLEMENTAL AFFIDAVIT
(21 U.S.C. §§ 952(a) and 960)

12-M-608

EASTERN DISTRICT OF NEW YORK, SS:

    KYLER HARDIN, being duly sworn, deposes and states that he is a Special Agent with the United States Department of Homeland Security, Homeland Security Investigations, ("HSI"), duly appointed according to law and acting as such. This affidavit is submitted to supplement the complaint filed in this matter on June 23, 2012.

    Commencing on or about June 22, 2012, the defendant DENISSE FRIAS passed a total of 24 pellets with a total gross weight of approximately 965.9 grams of cocaine.

2

WHEREFORE, your deponent respectfully requests that defendant DENISSE FRIAS be dealt with according to law.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　KYLER HARDIN
　　　　　　　　　　　　　　　　　Special Agent
　　　　　　　　　　　　　　　　　HSI

Sworn to before me this
26th day of June, 2012

　　　　　　　　　　JGE
　　　　　　　　　　K